IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TELEWIZJA POLSAT, S.A., a Polish corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 06 CV 2774 |
| vs. | ) ) | Judge John W. Darrah |
| TELEWIZJA PLUS, LTD., ATON, LTD., an Illinois corporation, JERRY KOZLOWSKI, an individual, MIROSLAW GLIWA, an individual, KAROL ADAMOWICZ, an individual, and JANUSZ PAZURA, an individual, | ) ) ) ) ) ) ) | Magistrate Judge Morton Denlow |
| Defendants. | ) | |

## MOTION TO VOLUNTARILY QUASH SUMMONS

Plaintiff, Telewizja Polsat S.A. ("Polsat"), by its attorneys, Phillip J. Zisook, Jeffrey E. Schiller, and Leon E. Farbman of Deutsch, Levy & Engel, Chartered, moves to voluntarily quash the Summons it caused to be served on Jerry Kozlowski, and in support thereof, states:

1. On August 14, 2006, Polsat caused a summons and a copy of the First Amended Complaint to be served upon one Jerry Kozlowski.

2. To date, no responsive pleading has been served by Kozlowski.

3. Plaintiff wishes to conduct further investigation as to Jerry Kozlowski and wishes, in the interim, to quash the summons it caused to be served and not subject Jerry Kozlowski to preparing a responsive pleading.

WHEREFORE, Plaintiff, Telewizja Polsat, S.A., respectfully requests that the Court enter an Order quashing the summons it served on August 14, 2006 on Jerry Kozlowski, without prejudice.

Respectfully submitted,

TELEWIZJA POLSAT, S.A.,

By: _____
One of its Attorneys

Phillip J. Zisook
Jeffrey E. Schiller
Leon E. Farbman
Deutsch, Levy & Engel, Chartered
225 W. Washington Street, Suite 1700
Chicago, IL 60606
312/346-1460

234897-1