# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

*alias* **SUMMONS IN A CIVIL CASE**

TELEWIZJA POLSAT, S.A., a Polish corporation

Plaintiff,

v.

CASE NUMBER: 06CV2774

TELEWIZJA PLUS LTD, and JERRY KOZLOWSKI,
an individual,

Defendants.

**TO:** (Name and Address of Defendant)

Mark Ocholski
4035 S. School Avenue
#C6
Sarasota, FL 34231

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

S. Patrick McKey
Pawel K. Chudzicki
Jeana R. Lervick
BELL, BOYD & LLOYD LLC
Three First National Plaza, Suite 3300
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS

CLERK

FEB 1 5 2007

DATE

(BY) DEPUTY CLERK

814445/D/1

# Affidavit of Process Server

Telewizja Polsat, S.A.    vs Telewizja Plus, Ltd, et al    06CV2774

**PLAINTIFF/PETITIONER**     **DEFENDANT/RESPONDENT**     **CASE #**

Being duly sworn, on my oath, I __LYLE M. ROBINSON__
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Mark Ocholski__

**NAME OF PERSON/ENTITY BEING SERVED**

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ __Alias Summons and Complaint__

by serving (NAME) __MARK OCHOLSKI__

at ☒ Home __4035 S. School Ave L-3, SARASOTA__

☐ Business _____

☐ on (DATE) __2/26/67__ at (TIME) __1:25 P__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____

## Manner of Service:

☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,

namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,

namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

## Non-Service:
After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

## Service Attempts:
Service was attempted on: ( )_____ , ( )_____
      DATE TIME       DATE TIME

( )_____ , ( )_____ , ( )_____
DATE TIME       DATE TIME       DATE TIME

## Description:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☒ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| ☐ Glasses | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ Florida    County of ~~Cook~~ Sarasota

SERVED BY
**LASALLE PROCESS SERVERS**

Subscribed and sworn to before me,
a notary public, this __26th__ day of __Feb__, 20__07__

**NOTARY PUBLIC**

SHELLY HUFFMAN
MY COMMISSION # DD 306709
EXPIRES: April 28, 2008
Bonded Thru Budget Notary Services

**NAPPS**

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

22367